

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2020

No. 04-20-00517-CV

**IN RE COOK COMPRESSION LLC**

Original Mandamus Proceeding[1]

**ORDER**

On October 22, 2020, relator filed a petition for writ of mandamus. The real parties in interest later filed a response to which relator replied. We conditionally grant the petition for writ of mandamus and order the Honorable Monique Diaz to, within fifteen days of this order, vacate her September 29, 2020, Order (1) granting Plaintiffs' Motion to Compel the deposition of Marcell Ulrichs, (2) sustaining the objections to the Declaration of Marcell Ulrichs, and (3) denying relator's Motion for Protective Order. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Diaz has failed to comply with this order. Relator's motion for temporary relief is denied as moot.

It is so **ORDERED** on November 25, 2020.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI02008, styled *Luis Bazaldua, et al. v. Dover Energy, Inc. d/b/a Cook Compression, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas. The Honorable Monique Diaz signed the order at issue in this original proceeding.